■ Sucrest Corporation, Plaintiff, v Fisher Governor Company, Inc., et al., Defendants. Conservative Gas Company, Inc., Third-Party Plaintiff, v Cylinders, Inc., Third-Party Defendant. Fisher Governor Company, Inc., Third-Party Plaintiff, v Scovill Manufacturing Company, Third-Party Defendant. Fisher Governor Co., Inc., Fourth-Party Plaintiff-Respondent-Appellant, v Liberty Mutual Insurance Company, Fourth-Party Defendant-Appellant-Respondent.—Order, Supreme Court, New York County, entered on September 18, 1975, and judgment entered thereon on January 23, 1976, unanimously affirmed for the reasons stated by Fein, J., at Trial Term. Respondent shall recover of appellant $60 costs and disbursements of these appeals. Concur—Lupiano, J. P., Capozzoli, Nunez and Markewich, JJ. [83 Misc 2d 394.]

■ United States Fidelity & Guaranty Company, Appellant, v Franjo Contracting Co., Inc., et al., Respondents, et al., Defendant.—Judgment, Supreme Court, New York County, entered on April 22, 1976, unanimously affirmed on the opinion of Bell, J., at Trial Term. Respondents filing briefs shall recover of appellant one bill of $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Murphy, Silverman and Lane, JJ.